UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ISTA PHARMACEUTICALS, INC.,

    Plaintiff,

v.

SENJU PHARMACEUTICAL CO., LTD.,

    Defendant.

Case No. CV10-3219 GW (JEM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

JS-6

[FILED, CLERK, U.S. DISTRICT COURT, MAR 29 2012, CENTRAL DISTRICT OF CALIFORNIA]

It is hereby stipulated by and between the parties in this action, through their respective counsel, that the above-captioned action is hereby dismissed with prejudice with each party to bear its own costs.

Dated: March 26, 2012

CARTER LEDYARD & MILBURN LLP

By: /s/ William P. Sondericker
William P. Sondericker
Keith D. Nowak
Sondericker@clm.com
Nowak@clm.com
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

GREENBERG, WHITCOMBE & TAKEUCHI, LLP
Derrick K. Takeuchi
dtakeuchi@gwtllp.com
21515 Hawthorne Boulevard, Suite 450
Torrance, California 90503
Telephone: (310) 540-2000
Facsimile: (310) 540-6609

Attorneys for Defendant
Senju Pharmaceutical Co., Ltd.

GREENBERG TRAURIG, LLP

By: /s/ Allan Z. Litovsky
Allan Z. Litovsky, Esq.
LitovskyA@gtlaw.com
3161 Michelson Drive, Suite 1000
Irvine, California 92616
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Attorneys for Plaintiff
ISTA Pharmaceutical, Inc.

IT IS SO ORDERED
Dated March 29, 2012

/s/ George H. Wu
United States District Judge